UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE HUNTER, JR., | No. 2:23-cv-1734 DB P |
| Plaintiff, | |
| v. | ORDER |
| J. LOPEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. He filed the complaint and initiated this action on August 16, 2023.  (ECF No. 1.)  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  However, plaintiff did not sign his complaint.  (See ECF No. 1 at 6.)

The court cannot consider unsigned filings and the complaint shall be stricken from the record for that reason.  Fed. R. Civ. P. 11; E.D. Cal. R. 131.  Plaintiff has thirty days to file a signed complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint (ECF No. 1) is stricken because it is unsigned;
2. Within thirty (30) days of the date of this order, plaintiff shall file a signed complaint that complies with the pleading and legal standards set out above;

1

3.  The Clerk of the Court is directed to send plaintiff a copy of the civil rights complaint form; and

4.  Plaintiff is warned that his failure to comply with this order could result in a recommendation that this action be dismissed.

Dated: August 24, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/S/hunt1734.r11.1983